UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-21042-CIV-SIMONTON

**DIEGO MANUEL MIRANDA**,

      Plaintiff,
v.

**SCALLOPS USA, INC.**,

      Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT
## AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court upon the Parties' Joint Motion for Approval of Parties' Confidential Settlement, ECF No. [18]. Pursuant to the consent of the Parties, the Honorable Kathleen M. Williams, United States District Judge, has referred this matter to the undersigned Magistrate Judge to take all necessary and proper action, including trial by jury, and any post-trial proceedings, ECF Nos. [16] [17].

This matter involves claims by Plaintiff Diego Manuel Miranda against Defendant Scallops U.S.A, Inc., for alleged violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. ("FLSA").  The Parties have reached a settlement in this matter and have filed a Joint Motion requesting that the Court enter an Order directing the Parties to submit the confidential settlement agreement to chambers for court approval of the settlement agreement, and that the Court dismiss the action with prejudice and retain jurisdiction to enforce the terms of the Settlement Agreement, ECF No. [18].[1]

---

[1] Subsequent to the filing of the Joint Motion, the Parties submitted the confidential settlement agreement to the undersigned for review.  Thus, the Court need not direct the Parties to do so as requested in the Motion.

In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness,"and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues."  *Id*.  The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation.  *Id.* at 1354.

The undersigned has considered the terms of the Settlement Agreement and Mutual General Release, as well as the pertinent portions of the record, including the Complaint, Plaintiff's Statement Of Claim, ECF No. [10] and the Defendant's Answer, ECF No. [7], and Defendant's Response to the Statement of Claim, ECF No. [11], and is otherwise fully advised in the premises. In this case, there is a bona fide dispute over FLSA provisions, as evidenced by the claims alleged in the Complaint.  The Court finds that the compromise reached by the Parties under the Settlement Agreement, including the payment of attorney's fees, is a fair and reasonable resolution of the Parties' bona fide disputes.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion for Approval of Parties' Confidential Settlement, ECF No. [18] is **GRANTED** and the Settlement Agreement is **APPROVED.**  It is further

**ORDERED AND ADJUDGED** that this matter is **DISMISSED** with prejudice, with costs and attorney's fees to be allocated consistent with the terms of the

Settlement Agreement.  It is further

**ORDERED AND ADJUDGED** that pursuant to the Parties' request, the Court retains jurisdiction over the matter through September 30, 2014, to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** at Miami, Florida, this 8th day of August, 2014.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
All counsel of record via CM/ECF